UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAITEE L. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01538-RLY-TAB |
| | ) | |
| ROBERTO FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PENDING MOTIONS**

Pending before the Court are three motions from Plaintiff Jaitee L. Jackson: two motions to serve a summons on Defendant Roberto Flores and one motion asking for an award of expenses due to Defendant's failure to waive service. [Filing Nos. 18, 19, and 20.] The Court previously granted Plaintiff's motion for leave to proceed *in forma pauperis* and screened his complaint. [Filing No. 16.] In that screening order, the Court directed the Clerk to issue process to Defendant in the manner specified in Fed. R. Civ. P. 4(d). [Filing No. 16, at ECF p. 6.] The Clerk issued a notice of lawsuit and waiver of service to Defendant via first-class mail. [Filing No. 17.] However, to date, Defendant has not filed a waiver of service or otherwise responded to that correspondence.

Because Plaintiff is proceeding *in forma pauperis*, the Court is obligated to assist Plaintiff with serving Defendant. *See* 28 U.S.C. § 1915(d). Accordingly, Plaintiff's motion requesting the Court move forward with the formal service process according to Fed. R. Civ. P. 4(c)(3) by a United States Marshal or Deputy Marshal is granted. [Filing No. 18.] The Court will direct the Marshal or his designee to serve Defendant by separate order. Plaintiff's additional motion requesting service of Defendant is denied as moot. [Filing No. 20.]

Finally, Plaintiff's motion for failure to waive service [Filing No. 19], which contains a request for an award of $100 in expenses, is denied. The Clerk complied with Rule 4 and issued process to Defendant on Plaintiff's behalf. The only expenses Plaintiff incurred and provided the Court with receipts for are $0.30 and $0.60 for copies. There is no basis to award Plaintiff any fees.

For all these reasons, Plaintiff's motion to serve Defendant [Filing No. 18] is granted, motion for failure to waive service [Filing No. 19] is denied, and additional motion to serve Defendant [Filing No. 20] is denied as moot.

Date: 9/22/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAITEE L. JACKSON
1033 E. Washington St.
Electronic Service Participant – Court Only